UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 17-CR-124 (PAE) |
| -v- | ORDER |
| GLEN ROBINSON, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On March 4, 2021, defendant Glen Robinson moved to hold his motion for compassionate release in abeyance for 60 days, to permit Robinson to exhaust his administrative remedies. Dkt. 29. Defense counsel, James Neuman, Esq., also informed the Court that, at the time his motion was filed, Robinson had not yet been transferred to federal prison. *Id.* On March 5, 2021, the Court granted Robinson's motion. Dkt. 30.

However, Robinson has not yet filed a memorandum of law in support of his motion to dismiss. Counsel is directed to file, by July 23, 2021, a letter explaining whether Robinson has exhausted his administrative remedies and whether an additional stay is necessary for him to do so.

SO ORDERED.

*Paul A. Engelmayer*
———————————————
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2021
   New York, New York