# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 23, 2021

BY ECF
Hon. Paul Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v Robinson*, 17 Cr. 124 (PAE)

Your Honor:

      As directed, I am writing to update this Court about the status of my client in the referenced case regarding the exhaustion of his request for compassionate relief. When I last communicated with this Court in March, 2021, I reported learning that Mr. Robinson had recently been transferred to the Oldham County Detention Center and was expected to be sent to a federal prison within a few weeks. Based upon that same information, Mr. Robinson agreed that it made sense to hold his motion in abeyance until he had an opportunity to exhaust his administrative remedies once he arrived at a federal facility.

      Since that communication in March, I have tracked Mr. Robinson's movements. Contrary to the information I had received earlier, he actually remained at the Oldham County Detention Center for several months. In late June, he was then transferred to a private jail in Mississippi. Finally, just yesterday, Mr. Robinson was transferred to a federal prison: Lewisburg, USP in Pennsylvania.

      Now that Mr. Robinson is actually at a federal prison, I will endeavor to speak or meet with him as soon as possible, so as to facilitate the filing of an administrative request for compassionate relief and, if necessary, then file a motion with this Court. Accordingly, we ask that this Court extend the stay and deadline for filing a motion for compassionate relief an additional 60 days from the date of this letter.

Respectfully submitted,

_____/s/_____
James E. Neuman

Granted. Robinson's memorandum in support of his motion for compassionate release is due September 21, 2021. The Government's opposition is due September 28, 2021. The Court does not invite reply.

SO ORDERED.

July 23, 2021

_____
PAUL A. ENGELMAYER
United States District Judge