# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

September 20, 2021

BY ECF
Hon. Paul Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v Robinson*, 17 Cr. 124 (PAE)

Your Honor:

      I am writing to request an additional extension of time to file the motion for compassionate relief, which has a current deadline of September 21, 2021.

      When I last communicated with this Court in late July, I reported that Mr. Robinson had recently arrived at a federal facility and presumably would be able to submit his request for administrative relief in short order. Thereafter, I spoke with Mr. Robinson a number of times. He eventually confirmed that he had submitted his administrative request. My understanding is that he did so sometime in August. In addition, I asked Mr. Robinson to forward me copies of his administrative request and any response, so that such papers could be included in and referenced in a motion to this Court. Mr. Robinson agreed to do so, though explained that it was somewhat difficult for him to make copies. To date, however, I have not received such paperwork.

      In view of the impending deadline, in recent days I have repeatedly tried to arrange for legal calls with Mr. Robinson, who is now at a facility in Fort Dix, New Jersey. So far, though, I have been unsuccessful. Thus, as of the date of this letter, I am unsure whether Mr. Robinson has already mailed the necessary materials to my office.

      For all these reasons, I ask that the deadline for filing the compassionate release motion be extended for approximately one month. Should I continue to have difficulty

communicating with Mr. Robinson by telephone during the next week or so, I will visit him personally and retrieve the needed information and materials.

Finally, I note that the government consents to this application.

Respectfully submitted,

_____/s/_____
James E. Neuman

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 34.

9/21/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge