UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GLEN ROBINSON,

                                    Defendant.

17-CR-124 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today received the defendant's memorandum in support of his motion for compassionate release (Dkt. No. 36). The Court directs the Government to file its response by **November 3, 2021**.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2021
       New York, New York